## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Samuel Jacob Mull Jr.    CHAPTER 13
              Debtor(s)

BKY. NO. 23-13371 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 and index same on the master mailing list.

                                  Respectfully submitted,

                              /s/ *Michael Farrington*
                              Michael Farrington
                              10 Nov 2023, 17:32:30, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322