United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13371-pmm |
| Samuel Jacob Mull, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 16, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel Jacob Mull, Jr., 5205 Casa Grande Road, Temple, PA 19560-1105 |
| | | East Penn Manufacturing Co., Attn: Payroll Department, 102 Deka Road, Lyon Station, PA 19536 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Federal Home Loan Mortgage Corporation As Trustee For The Benefit Of The Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 mfarrington@kmllawgroup.com |
| PAUL DONALD MURPHY-AHLES | on behalf of Debtor Samuel Jacob Mull Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Samuel Jacob Mull, Jr. | **Chapter** 13 |
| **Debtor(s)** | **Case No.** 23-13371-PMM |
| | **Matter:** Motion to Pay |

### ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor, Samuel Jacob Mull, Jr., receives income from:

East Penn Manufacturing Co.
Attn: Payroll Department
102 Deka Road
Lyon Station, PA 19536

Should deduct from said Debtor 1's income the sum of **$167.31** from each **weekly** paycheck, or such other sums as Debtor may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor, and to remit the deductible sums to:

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
PO Box 680
Memphis, TN 38101

IT IS FURTHER ORDERED that the entity from whom Debtor receives income shall notify the Standing Chapter 13 Trustee if Debtor's income is terminated and the reason, therefore. IT IS FURTHER ORDERED that all remaining income of Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor in accordance with usual payment procedure. IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Standing Chapter 13 Trustee to ensure proper accounting of the funds.

Date: **February 16, 2024**

*Patricia M. Mayer*
Patricia M. Mayer, Bankruptcy Judge