UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>     Samuel Jacob Mull, Jr.<br><br><br>                    Debtor | Chapter 13<br>Bankruptcy No.23-13371-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of March, 2024, by first class mail upon those listed below:

Samuel Jacob Mull, Jr.
5205 Casa Grande Road
Temple, PA  19560

**Electronically via CM/ECF System Only:**

PAUL D. MURPHY-AHLES
DETHLEFS PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA  17011

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee