United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 23-13371-pmm
Samuel Jacob Mull, Jr. | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Jun 27, 2024 | Form ID: 155 | Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel Jacob Mull, Jr., 5205 Casa Grande Road, Temple, PA 19560-1105 |
| 14830943 | + | Federal Home Loan Mortgage Corp., c/o Michael Farrington, Esq., 701 Market St., Ste 5000, Phila., PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14828907 | + | Email/Text: jvalencia@amhfcu.org | Jun 27 2024 23:58:00 | American Heritage FCU, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14828908 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 28 2024 00:07:48 | Capital One Bank USA, NA, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14828909 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 27 2024 23:58:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14830615 | ^ | MEBN | Jun 27 2024 23:58:05 | Federal Home Loan Mortgage Corporation, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14844757 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 27 2024 23:59:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14828910 | ^ | MEBN | Jun 27 2024 23:58:04 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14828911 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 00:07:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14833082 | | Email/Text: inveniobkt@phillips-cohen.com | Jun 27 2024 23:58:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801 |
| 14846863 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2024 00:07:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14828912 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2024 00:07:49 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14828913 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 27 2024 23:59:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 27, 2024 | Form ID: 155 | Total Noticed: 13

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Federal Home Loan Mortgage Corporation As Trustee For The Benefit Of The Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 bkgroup@kmllawgroup.com |
| PAUL DONALD MURPHY-AHLES | on behalf of Debtor Samuel Jacob Mull Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|   Samuel Jacob Mull Jr. ) | Case No. 23−13371−pmm | |
| ) | | |
| ) | | |
| Debtor(s). ) | Chapter: 13 | |
| ) | | |
| ) | | |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 27, 2024                                                                              For The Court

                                                                                                                    Patricia M. Mayer
                                                                                                                    Judge, United States Bankruptcy Court