| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-13371-PMM

| | |
|---|---|
| Samuel Jacob Mull, Jr. | Petition Filed Date: 11/07/2023 |
| 5205 Casa Grande Road | 341 Hearing Date: 01/09/2024 |
| Temple  PA    19560 | Confirmation Date: 06/27/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/15/2024 | $288.46 | 2249750 | 03/14/2024 | $576.92 | 2261019 | 04/18/2024 | $721.15 | 2274125 |
| 05/21/2024 | $758.76 | 2285058 | 06/28/2024 | $948.45 | 2297814 | 07/25/2024 | $781.84 | 2308692 |

**Total Receipts for the Period: $4,075.58   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,857.42**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $3,357.00 | $3,357.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $3,849.22 | $0.00 | $3,849.22 |
| 2 | PCA ACQUISITION V LLC<br>»» 002 | Unsecured Creditors | $623.28 | $0.00 | $623.28 |
| 3 | AMERICAN HERITAGE CREDIT UNION<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Secured Creditors | $34,802.73 | $311.03 | $34,491.70 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $716.56 | $0.00 | $716.56 |
| 6 | FNB OMAHA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13371-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,857.42 | Current Monthly Payment: | $847.00 |
| Paid to Claims: | $3,668.03 | Arrearages: | $117.11 |
| Paid to Trustee: | $485.73 | Total Plan Base: | $48,171.53 |
| Funds on Hand: | $703.66 | | |

**<u>NOTES:</u>**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.