Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-13371-PMM**

Samuel Jacob Mull, Jr.  
5205 Casa Grande Road  
Temple  PA    19560

Petition Filed Date: 11/07/2023  
341 Hearing Date: 01/09/2024  
Confirmation Date: 06/27/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2024 | $781.84 | 2317366 | 09/25/2024 | $977.30 | 2331438 | 10/11/2024 | $195.46 | 2410844857 |
| 10/25/2024 | $195.46 | 2410860545 | 10/25/2024 | $195.46 | 2410875410 | 10/31/2024 | $195.46 | 2410890982 |
| 11/06/2024 | $195.46 | 2411906143 | 11/13/2024 | $781.84 | 23646460 | 11/14/2024 | $195.46 | 2411922197 |
| 11/21/2024 | $195.46 | 2411937020 | 12/03/2024 | $195.46 | 2411952418 | 12/05/2024 | $195.46 | 2411967406 |
| 12/12/2024 | $195.46 | 2412982701 | 12/26/2024 | $195.46 | 2412998325 | 01/02/2025 | $195.46 | 2412013520 |
| 01/03/2025 | $195.46 | 2412027638 | 01/08/2025 | $195.46 | 2501042163 | 01/16/2025 | $195.46 | 2501056430 |
| 01/28/2025 | $195.46 | 2501071987 | 02/05/2025 | $195.46 | 2501086178 | 02/06/2025 | $195.46 | 2501101438 |
| 02/13/2025 | $195.46 | 2502116013 | 02/28/2025 | $195.46 | 2502146246 | 02/28/2025 | $195.46 | 2502132242 |
| 03/06/2025 | $195.46 | 2502162131 | 03/14/2025 | $195.46 | 2503176560 | 03/21/2025 | $195.46 | 2503192681 |
| 03/31/2025 | $195.46 | 2503207221 | 04/07/2025 | $195.46 | 2503222497 | 04/11/2025 | $195.46 | 2504237872 |
| 04/23/2025 | $195.46 | 2504253376 | 04/25/2025 | $195.46 | 2504268665 | 05/02/2025 | $195.46 | 2504283953 |
| 05/09/2025 | $195.46 | 2505299130 | 05/16/2025 | $195.46 | 2505314720 | 05/22/2025 | $195.46 | 2505330183 |
| 06/02/2025 | $195.46 | 2505346006 | 06/06/2025 | $195.46 | 2505360734 | 06/11/2025 | $195.46 | 2506376194 |
| 06/23/2025 | $195.46 | 2506391886 | 06/27/2025 | $195.46 | 2506407209 | 07/03/2025 | $195.46 | 2506422029 |
| 07/11/2025 | $195.46 | 2507437614 | 07/21/2025 | $195.46 | 2507452802 | 07/29/2025 | $195.46 | 2507468888 |

**Total Receipts for the Period:  $10,750.30   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $15,607.72**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL D. MURPHY-AHLES ESQUIRE | Attorney Fees | $3,357.00 | $3,357.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $3,849.22 | $0.00 | $3,849.22 |
| 2 | PCA ACQUISITION V LLC<br>»» 002 | Unsecured Creditors | $623.28 | $0.00 | $623.28 |
| 3 | AMERICAN HERITAGE CREDIT UNION<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Secured Creditors | $34,802.73 | $10,746.68 | $24,056.05 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $716.56 | $0.00 | $716.56 |
| 6 | FNB OMAHA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13371-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,607.72 | Current Monthly Payment: | $847.00 |
| Paid to Claims: | $14,103.68 | Arrearages: | ($469.19) |
| Paid to Trustee: | $1,319.33 | Total Plan Base: | $48,171.53 |
| Funds on Hand: | $184.71 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.