Certificate Number: 12433-PAE-DE-040552139

Bankruptcy Case Number: 23-13371



12433-PAE-DE-040552139

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 27, 2026, at 10:07 o'clock AM EST, Samuel J. Mull, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 27, 2026            By:   /s/Loren Bailey Roberts

Name:  Loren Bailey Roberts

Title:  Teacher