Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Samuel Jacob Mull, Jr.
5205 Casa Grande Road
Temple, PA 19560

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13371-PMM**

Petition Filed Date: 11/07/2023
341 Hearing Date: 01/09/2024
Confirmation Date: 06/27/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | $195.46 | 2507484050 | 08/08/2025 | $195.46 | 2508500031 | 08/15/2025 | $195.46 | 2508514886 |
| 08/22/2025 | $195.46 | 2508530874 | 09/03/2025 | $195.46 | 2508545635 | 09/09/2025 | $195.46 | 2508561857 |
| 09/10/2025 | $195.46 | 2509576209 | 09/19/2025 | $195.46 | 2509591797 | 09/25/2025 | $195.46 | 2509607566 |
| 10/07/2025 | $195.46 | 2509623479 | 10/16/2025 | $195.46 | 2510638992 | 10/20/2025 | $195.46 | 2510655652 |
| 10/23/2025 | $195.46 | 2510671012 | 11/03/2025 | $195.46 | 2510687353 | 11/05/2025 | $195.46 | 2510702741 |
| 11/14/2025 | $195.46 | 2511719193 | 11/21/2025 | $195.46 | 2511735112 | 12/02/2025 | $195.46 | 2511751207 |
| 12/08/2025 | $195.46 | 2511766987 | 12/11/2025 | $195.46 | 2512782883 | 12/18/2025 | $195.46 | 2512797931 |
| 12/29/2025 | $195.46 | 2512814596 | 01/05/2026 | $195.46 | 2512829363 | 01/09/2026 | $195.46 | 2601844795 |
| 01/15/2026 | $195.46 | 2601859327 | 02/02/2026 | $195.46 | 2601876093 | 02/03/2026 | $195.46 | 2601890560 |
| 02/10/2026 | $195.46 | 2601907141 | 02/18/2026 | $195.46 | 2602922158 | 02/24/2026 | $195.46 | 2602939261 |
| 02/25/2026 | $195.46 | 2602954151 | 03/05/2026 | $195.46 | 2602971160 | 03/12/2026 | $195.46 | 2603986360 |
| 03/23/2026 | $195.46 | 2603003572 | 03/27/2026 | $195.46 | 2603018945 | 04/02/2026 | $195.46 | 2603035224 |
| 04/09/2026 | $195.46 | 2604051527 | 04/17/2026 | $195.46 | 2604068926 | 04/22/2026 | $195.46 | 2604085622 |
| 05/01/2026 | $195.46 | 2604103036 | 05/11/2026 | $195.46 | 2605119788 | 05/14/2026 | $195.46 | 2605137083 |
| 05/22/2026 | $195.46 | 2605153619 | 05/27/2026 | $195.46 | 2605170666 | 06/02/2026 | $195.46 | 2605186585 |
| 06/09/2026 | $195.46 | 2606203461 | 06/16/2026 | $195.46 | 2606219338 | 06/23/2026 | $195.46 | 2606235778 |
| 07/06/2026 | $195.46 | 2606252169 | 07/07/2026 | $195.46 | 2607270484 | 07/17/2026 | $195.46 | 2607285323 |
| 07/22/2026 | $195.46 | 2607302515 | | | | | | |

**Total Receipts for the Period: $10,163.92 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $25,771.64**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL D. MURPHY-AHLES ESQUIRE | Attorney Fees | $3,357.00 | $3,357.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $3,849.22 | $0.00 | $3,849.22 |
| 2 | PCA ACQUISITION V LLC<br>»» 002 | Unsecured Creditors | $623.28 | $0.00 | $623.28 |
| 3 | AMERICAN HERITAGE CREDIT UNION<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Secured Creditors | $34,802.73 | $20,334.21 | $14,468.52 |

**Chapter 13 Case No. 23-13371-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $716.56 | $0.00 | $716.56 |
| 6 | FNB OMAHA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,771.64 | Current Monthly Payment: | $847.00 |
| Paid to Claims: | $23,691.21 | Arrearages: | ($469.11) |
| Paid to Trustee: | $2,080.43 | Total Plan Base: | $48,171.53 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.